IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 15-162-1 |
| : | |
| RAHIM HENDERSON : | |

## ORDER

**AND NOW**, this 2nd day of October, 2015, upon consideration of Defendant Rahim Henderson's "Motion to Dismiss/Quash Counts Three Through Nine of the Indictment" (Docket No. 48) and the Government's response thereto, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.