IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 15-162-1 |
| : | |
| RAHIM HENDERSON : | |

## **ORDER**

**AND NOW**, this 24th day of May, 2016, upon consideration of Defendant's "Post Verdict Motion Counts Three Through Nine of the Conviction" (Docket No. 90), all documents filed in connection therewith, and the Hearing held on May 19, 2016, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.